[No. 44319-4-I.     Division One.     May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02079-9, Marsha J. Pechman, J., entered January 27, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44476-0-I.     Division One.     May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY JOHN DOICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06918-6, Carol A. Schapira, J., entered March 29, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44521-9-I.     Division One.     May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU CURRIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00355-3, Anthony P. Wartnik, J., entered May 26, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44617-7-I.     Division One.     May 8, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DONALD RAY ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-02166-1, Ronald L. Castleberry, J., entered May 12, 1999. *Reversed* by unpublished per curiam opinion.